# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ESSA BANK & TRUST et al.,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 23-3447** |
| | : | |
| **TRAVELERS CASUALTY AND** | : | |
| **SURETY COMPANY OF AMERICA,** | : | |
| Defendant. | | |

## ORDER

**AND NOW**, this 4th day of April, 2025, upon consideration of Motion for Summary Judgment filed by ESSA Bank & Trust, ESSA Bancorp, Inc. (ECF No. 23 and 24), and Defendant Travelers Casualty and Surety Company Of America's Motion for Summary Judgment (ECF No. 26), and all papers in support thereof and opposition thereto, and for the reasons set forth in the accompanying Memorandum filed by the Court, it is hereby **ORDERED** that Defendant Travelers Casualty and Surety Company Of America's Motion for Summary Judgment is **GRANTED.**

**THIS ACTION IS DISMISSED WITH PREJUDICE.** The Clerk of Court shall mark this matter **CLOSED**.

**IT IS SO ORDERED.**

                                                                                                             **BY THE COURT:**

                                                                                  */s/ John Milton Younge*
                                                                           **JUDGE JOHN MILTON YOUNGE**